```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  X
                                :
UNITED STATES OF AMERICA        :     INDICTMENT
                                :
          - v. -                :     22 Cr. 445
                                :
MARVIN RIVERA and               :
DONNELLE LITTLE,                :
                                :
          Defendants.           :
                                :
- - - - - - - - - - - - - - -  X
```

### COUNT ONE

**(Conspiracy to Engage in the Business
of Dealing Firearms without a License)**

The Grand Jury charges:

1.  From in or about February 2021, up to and including in or about July 2022, in the Southern District of New York and elsewhere, MARVIN RIVERA and DONNELLE LITTLE, the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate and agree together and with each other to commit offenses against the United States, to wit, to engage in the business of dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

2.  It was a part and an object of the conspiracy that MARVIN RIVERA and DONNELLE LITTLE, the defendants, who are not licensed importers, licensed manufacturers, or licensed dealers of firearms, and others known and unknown, to engage in the business of importing, manufacturing, and dealing in firearms.

Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York:

a.  On or about February 15, 2021, LITTLE participated in a phone call with RIVERA during which LITTLE agreed to sell a confidential informant (the "CI") working for the Bureau of Alcohol, Tobacco, Firearms, and Explosives, two firearms in exchange for approximately $2,300.

b.  On or about February 15, 2021, following his discussion with LITTLE, RIVERA gave the CI a Ruger, model LCP, .380 caliber pistol, bearing serial number 372265390, and a Beretta, model PX4 storm, .40 caliber pistol, bearing serial number PY164434, in exchange for approximately $2,300.

(Title 18, United States Code, Section 371.)

## COUNT TWO

**(Engaging in the Business
of Dealing Firearms without a License)**

The Grand Jury further charges:

4.  From in or about February 2021, up to and including in or about July 2022, in the Southern District of New York, MARVIN RIVERA and DONNELLE LITTLE, the defendants, who are not licensed importers, licensed manufacturers, or licensed dealers of firearms, did willfully engage in the business of dealing in

firearms, to wit:

    (i)    on or about February 15, 2021, in exchange for approximately $2,300, RIVERA and LITTLE sold the CI: (a) a Ruger, model LCP, .380 caliber pistol, bearing serial number 372265390, and (b) a Beretta, model PX4 storm, .40 caliber pistol, bearing serial number PY164434;

    (ii)    on or about March 9, 2021, in exchange for approximately $2,800, RIVERA and LITTLE sold the CI: (a) a Ruger, model P85 MK II, .9mm caliber pistol, bearing serial number 302-66331, (b) a Springfield HS, .45 caliber pistol, bearing serial number US611376, and (c) an SCCY, model CPX-1, .9mm caliber pistol, bearing serial number C052022;

    (iii)    on or about March 31, 2022, in exchange for approximately $2,800, RIVERA and LITTLE sold the CI: (a) an SCCY Industries, model CPX-2, 9mm pistol, bearing serial number C165293, (b) a HiPoint, model JHP, .45 caliber pistol, bearing serial number X4379782, and (c) a HiPoint, model JHP, .45 caliber pistol, bearing serial number X4379789;

    (iv)    on or about April 28, 2022, in exchange for approximately $1,100, RIVERA and LITTLE sold the CI a Springfield Arms, model XD-S, 9mm pistol, bearing serial number S3621046;

(v)   on or about June 3, 2022, in exchange for approximately $2,400, RIVERA and LITTLE sold the CI: (a) a Ruger, model LCP, .380 caliber pistol, bearing serial number 372155482, and (b) a HiPoint, model C9, .9mm pistol, bearing serial number P10173862;

(vi)  on or about June 21, 2022, in exchange for approximately $2,400, RIVERA and LITTLE sold the CI: (a) a Hi Point, model C9, 9mm pistol bearing serial number P10171073, and (b) a Taurus, model G2, 9mm pistol, bearing serial number ADD254626;

(vii) on or about June 23, 2022, in exchange for approximately $2,400, RIVERA and LITTLE sold the CI: (a) a Sig Sauer, model P320, 9mm pistol, bearing serial number 58J292537, and (b) a Taurus, model G2, 9mm pistol bearing serial number TLP20144;

(viii) on or about July 19, 2022, in exchange for approximately $3,000, RIVERA and LITTLE sold the CI a Troy, model A4, 5.56 caliber firearm, bearing serial number F11202815.

(Title 18, United States Code,
Sections 922(a)(1)(A), 924(a)(1)(D) and 2.)

### COUNT THREE

#### (Selling to a Prohibited Person)

The Grand Jury further charges:

5.   From in or about February 2021, up to and including in

4

or about July 2022, in the Southern District of New York, MARVIN RIVERA, the defendant, knowingly sold and disposed of firearms to a person knowing and having reasonable cause to believe that such person had been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to wit, RIVERA was told, in sum and substance, by the CI, prior to the eight sales of firearms set forth in Count Two, that the CI was a convicted felon who had served an approximately ten-year term of imprisonment.

(Title 18, United States Code,
Sections 922(d), 924(a)(2), and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MARVIN RIVERA, and
DONNELLE LITTLE

Defendants.

---

INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(a)(1)(A),
924(a)(1)(D), 371,
922(d), 924(a)(2), and 2.)

DAMIANS WILLIAMS
United States Attorney

*Elizabeth Ryer*
Foreperson

---